**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF ARKANSAS
**U.S. Probation / Pretrial Services**

**Myron L. Smith**
Chief U.S. Probation Officer

319 Federal Building and U. S. Courthouse
Fayetteville, AR 72701
479-442-9892
Fax -479-442-5276

December 3, 2008

Honorable Jimm Larry Hendren
Chief U.S. District Judge
John Paul Hammerschimdt Federal Bldg.
35 East Mountain, Suite 559
Fayetteville, Arkansas  72701

RE:   FRAZIER, Clarence
Dkt. No.: 5:02CR50040-001
**Violation Report and Request for Transfer of Jurisdiction**

Dear Judge Hendren:

This letter is to advise on the relocation, violations and request for transfer of jurisdiction in the supervision of the above offender who was sentenced in the Western District of Arkansas, but has been supervised in the Eastern District of Arkansas, Little Rock Division, where he is residing.

The offender was sentenced by Your Honor on March 31, 2003, for *Possession with Intent to Distribute Cocaine Base*. Mr. Frazier was sentenced to 84 months custody in the Bureau of Prisons to be followed by 5 years supervised release with the following special conditions: drug treatment/testing as determined by USPO, submit DNA, search, $10,00 fine, and $100 special assessment. Supervision commenced on August 28, 2008, in the Eastern District of Arkansas, Little Rock Division.

On December 2, 2008, our office received correspondence from U.S. Probation Officer Jason Jordan advising of a violation and requesting transfer of jurisdiction be initiated so that future violations can be handled in a timely manner. A copy of the violation report is attached for Your Honor's review.

Our office respectfully concurs with Officer Jordan's request. If Your Honor is in agreement with transferring jurisdiction to the Eastern District of Arkansas, please find attached two copies of the Transfer of Jurisdiction form, both of which will need to be signed and returned.

Should Your Honor require further information, please advise.

Sincerely,

Tobey L. Reely
U.S. Probation Officer

Reviewed By:

William E. Dunn Jr.
Supervisory U.S. Probation Officer

✓ Pursue Course of Action

___ Other _____

Jimm Larry Hendren     12/9/08
Chief U.S. District Judge   Date